[No. 215-41191-2.    Division Two.    October 29, 1970.]

THE STATE OF WASHINGTON, *Respondent,* v. GARY K. KNUT-
SON *et al., Appellants.*

*Roger K. Gigler* and *Harvey Erickson,* for appellants
(appointed counsel for appeal).

*Donald C. Brockett, Prosecuting Attorney,* and *LeRoy C.
Kinnie, Deputy,* for respondent.

PER CURIAM.—Defendants, Gary Knutson and Tony
Starr, were convicted of the crime of robbery committed on
February 14, 1969. In their appeal, they contend (1) that
they were invalidly arrested; (2) that evidence seized in a
search of the automobile in which they were riding at the
time of their arrest should have been suppressed; and (3)
that there was insufficient evidence as a matter of law to
sustain the conviction of defendant Knutson.

We do not deem it necessary to set forth a detailed
statement of the facts surrounding their arrest. They were
arrested minutes after the robbery had been reported to
the police, and very shortly after a description of the rob-
bers, together with a description of a getaway vehicle had
been broadcast over the police network. Well within the
standards set by *State v. Todd,* 78 W.D.2d 361, 474 P.2d 542
(1970), the arresting officer had probable cause to believe
they had committed a felony when he arrested them.

The evidence seized in a search of the glove compartment
of their vehicle was obtained immediately following their
valid arrest and at the immediate scene of the arrest. It was
properly admissible at their trial. *State v. Martin,* 2 Wn.
App. 904, 472 P.2d 607 (1970).

There was ample evidence, if believed by the jury, including the testimony of an accomplice, to establish that defendant Knutson committed the crime as charged.

Judgment affirmed.